UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GARCIA PUENTES, on behalf of himself, and all others similarly situated,<br><br>          Plaintiff,<br><br>      v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON FLEX, a business entity of unknown form; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 2:21-cv-00414-FLA (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE RULE 26 SCHEDULING CONFERENCE [DKT. 29]**<br><br>Hon. Fernando L. Aenlle-Rocha |

Plaintiff Alejandro Garcia Puentes ("Puentes" or "Plaintiff") filed a putative Class Action Complaint (the "Complaint") in Los Angeles Superior Court on November 13, 2020. Dkt. 1-3. Defendants Amazon.com Services LLC and Amazon Logistics, Inc. ("Amazon" or "Defendants") removed this action to this court on January 15, 2021. Dkt. 1.

On February 22, 2021, Defendants filed a Motion to Compel Arbitration and Stay Proceedings or Dismiss, Transfer, or Stay Action Under First to File Rule ("Motion to Compel Arbitration"). Dkt. 17. The court took the Motion to Compel Arbitration under submission on April 12, 2021, finding it is appropriate for decision without oral argument. Dkt. 28.

On March 19, 2021, the court set the Rule 26 Scheduling Conference in this action for June 25, 2021, with the parties' Joint Rule 26(f) Report due 14 days before the Scheduling Conference. Dkt. 22. The parties filed the subject Joint Stipulation to Continue the Rule 26 Scheduling Conference (the "Stipulation") on June 7, 2021, requesting the court continue the Scheduling Conference to August 20, 2021, or a date thereafter that is convenient for the court. Dkt. 29.

Having reviewed the Stipulation and good cause appearing, the court hereby GRANTS the Stipulation and orders:

1. The Rule 26 Scheduling Conference is CONTINUED to August 20, 2021; and
2. The parties shall submit a Joint Rule 26(f) Report 14 days before the continued Scheduling Conference.

IT IS SO ORDERED.

Dated: June 14, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge

1