UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ALEJANDRO GARCIA PUENTES, | |
|---|---|
| Plaintiff(s), | CASE NO. 2:21−cv−01370−JCC |
| v. | |
| AMAZON.COM SERVICES LLC et al., | MINUTE ORDER REASSIGNING CASE |
| Defendant(s). | |

This action has been assigned to the Honorable John C. Coughenour, United States District Judge. All future documents filed in this case must bear the cause number 2:21−cv−01370−JCC and bear the Judge's name in the upper right hand corner of the document.

DATED October 8, 2021

                                 Ravi Subramanian
                                 Clerk of Court

                                 By:  /s/ Tim Farrell
                                           Deputy Clerk